PROB 22
(Rev. 2/88)

## TRANSFER OF JURISDICTION

| | |
|---|---|
| | DOCKET NUMBER *(Tran. Court)* 5:06CR00062-001 |
| | DOCKET NUMBER *(Rec. Court)* |

**08 CRIM 448**

NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE

Andrew Swaap

New York, New York 10128

NORTHERN DISTRICT OF NEW YORK

U.S. Probation - Syracuse

NAME OF SENTENCING JUDGE

Norman A. Mordue

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM 3/5/08 | TO 3/4/10 |
|---|---|---|

OFFENSE

18 U.S.C. § 371   Conspiracy to Violate the Clean Air and Clean Water Acts

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 2 3 2008

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "NORTHERN DISTRICT OF NEW YORK"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the SOUTHERN DISTRICT OF NEW YORK upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

*April 16, 2008*

*Date*

*Norman A Mordue*

*Chief United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.*

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

MAY 2 1 2008

*Effective Date*

*Ronald Ellis*

*United States District Judge*

RONALD L. ELLIS
United States Magistrate Judge
Southern District of New York