

P51339/GO

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**PROBATION OFFICE**

**MEMORANDUM**

TO: Jim Molinelli, Miscellaneous Clerk

FROM: George Olivares, United States Probation Officer

RE: Andrew Swaap

DATE: May 12, 2008

### ASSIGNMENT OF TRANSFER OF JURISDICTION

On August 28, 2006 the above-named individual was sentenced in the Northern District of New York outlined in the attached J & C.

In April 18, 2008, we received the Prob. 22's endorsed by the Honorable Norman A. Mordue, U.S. District Court Judge, ordering Mr. Swaap's transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5133.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: *[signature]*
George Olivares
U.S. Probation Officer